**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 1:12cr28/MP

FREDERICK K. CASWELL

_____/

## ORDER RESCHEDULING TRIAL FOR NOVEMBER 5, 2012

This matter is before the court on the defendant's unopposed motion to continue trial date. (Doc. 19). Upon consideration of defendant's motion for continuance, I find that a reasonable delay of the trial from September 4, 2012, until November 5, 2012, is appropriate, for the reasons set forth in the motion. I find that the ends of justice that will be served by granting this continuance outweigh the interest of the public and the defendant in a more speedy trial. Accordingly,

IT IS ORDERED:

The defendant's unopposed motion to continue trial date (doc. 19) is GRANTED. The clerk shall re-notice the trial for November 5, 2012.

**SO ORDERED** this 30th day of August, 2012.


                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS
                              CHIEF UNITED STATES DISTRICT JUDGE**